# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

KIM M. JACKSON,

Appellant,

v.

RUSSELL K. JACKSON,

Appellee.

No. 2D22-3598

—————————————————

September 15, 2023

Appeal from the Circuit Court for Pasco County; Brian Gnage, Judge.

Kim M. Jackson, pro se.

Jessica Chery and Russell G. Marlowe of Russell G. Marlowe, PA, New Port Richey, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.